**Order filed December 28, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00955-CV
_____

### IN RE SILVER 1999 LEXUS GS300 4DR, TXLP-DG4C418, AND VIN #T8BD68S3X0066038, ET, AL.

---

**On Appeal from the 56th District Court
Galveston County, Texas
Trial Court Cause No. 12-CV-0513**

---

## ORDER

The notice of appeal in this case was filed September 13, 2012. The clerk's record was filed October 16, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. On November 2, 2012, the court notified appellant that the filing fee was past due and the appeal was subject to dismissal. No response was filed.

In addition, the reporter's record in this case was due October 16, 2012. *See* Tex. R. App. P. 35.1. The official court reporter notified this court that appellant has not made payment arrangements for preparation of the record. On October 23,

2012, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no response.

Therefore, the court issues the following order:

Accordingly, we order appellant, **Andrew Ronald Rodriguez**, to file a brief in this appeal and pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **January 18, 2013.** If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM